IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WILL ROGERS, JR,<br><br>    Plaintiff,<br><br> vs.<br><br>WALMART INC, store; DAVID RATHDEN, 2346 police office & ohamo police; WILLIAM R SEATON, police officer 1761; and NOLAN R PITTMAN, police officer y690,<br><br>    Defendants. | **8:20CV483**<br><br>**MEMORANDUM AND ORDER** |

   This matter is before the court on its own motion. On February 9, 2021, the court ordered Plaintiff to show cause within 30 days why this case should not be dismissed for failure to pay the initial partial filing fee assessed by the court on December 4, 2020. (Filing 7.) Although Plaintiff was granted an extension of time within which to pay the initial partial filing fee (Filing 9), to date, Plaintiff has not paid the fee, shown cause for his failure to pay the fee, or sought another extension of time in which to do so. In addition, Plaintiff has failed to keep the court apprised of his current address, as the last Memorandum and Order issued by the court (Filing 10) was returned as undeliverable. (Filing 11.) *See* NEGenR 1.3(e), (g) (requiring pro se parties to adhere to local rules and inform the court of address changes within 30 days). This case cannot be prosecuted in this court if Plaintiff's whereabouts remain unknown.

   IT IS THEREFORE ORDERED that this matter is dismissed without prejudice for failure to pay the court's initial partial filing fee, for failure to comply with a court order, and failure to keep the court apprised of his current address. The court will enter judgment by a separate document.

DATED this 5th day of April, 2021.

                                        BY THE COURT:

                                        *Richard G. Kopf*

                                        Richard G. Kopf
                                        Senior United States District Judge